Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000430
20-OCT-2017
09:04 AM

NO. CAAP-17-0000430

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Interest of
AL, SS and ES

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 15-00262)

ORDER DISMISSING APPEAL
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon review of the record, it appears that:

(1) On May 12, 2017, Mother-Appellant (Appellant), pro se, conventionally filed a notice of appeal. The circuit court clerk electronically filed the notice of appeal on May 19, 2017;

(2) On June 27, 2017, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before July 3, 2017, and July 27, 2017, respectively;

(3) Appellant did not file either document or request an extension of time;

(4) On August 14, 2017, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on August 24, 2017, for appropriate action,

which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellant may request relief from default by motion; and

(5) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 20, 2017.


*Craig H. Nakamura*
Chief Judge


*[signature]*
Associate Judge


*[signature]*
Associate Judge

2